ALFONSO PANDOLFI v. FLORENCE PEHLERT.

March 22, 1982.

Petition for certification denied.

FRANCIS A. WITT v. GLOUCESTER COUNTY BOARD OF
CHOSEN FREEHOLDERS.

March 22, 1982.

Petition for certification granted.